# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2260
L.T. Case No. 2020-CA-002105

_____

EVELYN THOMSON WOMACK,

    Appellant,

    v.

JOHN HAMMOND AND INTEGON
PREFERRED INSURANCE
COMPANY,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Bruce Rutledge Anderson Jr., Judge.

John P. Joy and Sara S. Cromer, of Walton Lantaff Schroeder
& Carson LLP, Fort Lauderdale, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee,
John Hammonds.

No Appearance for Appellee, Integon Preferred Insurance
Company.

May 21, 2024

PER CURIAM.


AFFIRMED.

EDWARDS, C.J., and BOATWRIGHT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____